CLOSED, JURY

# U.S. District Court
# Southern District of Ohio (Columbus)
# CIVIL DOCKET FOR CASE #: 2:07-cv-01282-JDH-TPK
# Internal Use Only

Sherrer et al v. Davol, Inc. et al
Assigned to: John D. Holschuh
Referred to: Terence P Kemp
Demand: $500,000
Cause: 28:1332 Diversity-Motor Vehicle Product Liability

Date Filed: 12/20/2007
Date Terminated: 02/26/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**David P. Sherrer** represented by **Rhonda B Debevec**
Rhonda B. Debevec
1900 East Ninth Street
2400 National City Center
Cleveland, OH 44114
216-696-3232
Fax: 216-696-3924
Email: rbd@spanglaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Melissa Sherrer** represented by **Rhonda B Debevec**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**

**Defendant**

**C.R. Bard, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 12/20/2007 | 1 | Civil cover sheet (jr) (Entered: 12/20/2007) |
| 12/20/2007 | 2 | COMPLAINT with JURY DEMAND filed by David P. Sherrer and |

| | | |
|---|---|---|
| | | Melissa Sherrer against Davol, Inc., C.R. Bard, Inc. (jr) (Entered: 12/20/2007) |
| 12/20/2007 | | Filing fee: $ 350, receipt number 969 (jr) (Entered: 12/20/2007) |
| 02/04/2008 | 3 | NOTICE of (Potential) Conditional Transfer Order from MDL Panel. In re Kugel Mesh Hernia Patch Products Liability Litigation - MDL No. 1842. (sln ) (Entered: 02/05/2008) |
| 02/25/2008 | 4 | MDL Transfer Order. This action transferred to US District Court for the District of Rhode Island. (sln ) (Entered: 02/25/2008) |
| 02/26/2008 | 5 | Conditional Transfer Order from MDL Panel (Attachments: # 1 Letter from clerk to US District Court in Rhode Island in re to transferring this case to their Court.) (sln ) (Entered: 02/26/2008) |
| 02/26/2008 | | (Court only) ***Civil Case Conditionally Transferred to District of Rhode Island - MDL 1842. (sln ) (Entered: 02/26/2008) |